IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, | ) |
| | ) |
| *Plaintiff*, | ) |
| | )  C.A. No. 1:19-cv-1481-RGA |
| v. | ) |
| | ) |
| RODAN & FIELDS, LLC, | ) |
| | ) |
| *Defendant*. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Symbology Innovations, LLC, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, herby provides notice that it dismisses WITHOUT PREJUDICE all claims in this cause of action against Defendant Rodan & Fields, LLC. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: October 29, 2019                                    Respectfully submitted,

STAMOULIS & WEINBLATT LLC
/s/ Stamatios Stamoulis
Stamatios Stamoulis (#4606)
Two Fox Point Centre
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
*Attorneys for Plaintiff*

OF COUNSEL:

Kirk J. Anderson
BUDO LAW P.C.
5610 Ward Road, Suite 300
Arvada, CO 80002